UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                    **MEMORANDUM**

     -against-                               22 Cr. 562 (NSR)

AHMAD WILLIAMS,

                        Defendant.
------------------------------------------------------------X

TO:  <u>Nelson S Román, United States District Judge:</u>

      Please find attached a transcript of the October 21, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: November 30, 2022
       White Plains, New York

                                                      Respectfully Submitted,

                                                      _____
                                                      JUDITH C. McCARTHY
                                                      United States Magistrate Judge